## GENERAL COURT, MAY TERM, 1799.

### LOWE *vs.* BOTELER and EASTBURN.

DEBT upon a *single bill.* The general issue was pleaded, with leave to give the special matter in evidence.

At the trial it was admitted that the *single bill,* upon which this suit was brought, was given for a *negro man* sold by the plaintiff to *Boteler,* one of the defendants, and that at the time the bill was executed, the plaintiff executed a writing under his seal, and delivered to the defendants, whereby he agreed, that if the negro man, who was then runaway, should not be taken by the said *Boteler,* that the bill aforesaid should be void. The plaintiff offered a witness, who deposed, that in February 1796, the

said *Boteler* told him he had taken the said negro man, and that the bill would be paid when it became due. The plaintiff offered another witness, who deposed, that in the summer of 1796 the said *Boteler* told him he had paid the money due on the said bill, to *Eastburn,* the other defendant, who would pay it over to him if applied to; that he wrote to the said *Eastburn* to send him the money, who returned for answer that the said negro man had never been taken, and that therefore he would not pay the bill. The defendant, *Eastburn,* by his counsel, then moved the court for their opinion and direction to the jury, that evidence of the confession of the defendant, *Boteler,* was no evidence to charge the defendant, *Eastburn,* in this action.

CHASE, Ch. J. *(a)* The court are of opinion, that the evidence of the confession of *Boteler,* one of the defendants, is legal and admissible to support this action against the other defendant, *Eastburn.*

The defendant, *Eastburn,* excepted, but no appeal was prosecuted.

*Shaaff,* for plaintiff.
*Mason,* for the defendants.